# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KACZMAREK, ALFRED E | § | Case No. 11-37872 |
| KACZMAREK, IWONA M | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/JOSEPH R. VOILAND_____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 11-37872   RG   Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | KACZMAREK, ALFRED E | Date Filed (f) or Converted (c): | 09/18/11 (f) |
|  | KACZMAREK, IWONA M | 341(a) Meeting Date: | 10/12/11 |
| For Period Ending: | 10/06/12 | Claims Bar Date: | 07/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2314 & 2314 1/2 River Rd., River Grove, IL | 600,000.00 | 0.00 | DA | 0.00 | FA |
| 2. 41W189 Cherry Court, Huntley, IL | 325,000.00 | 50,400.00 |  | 25,000.00 | FA |
| 3. Cash | 50.00 | 50.00 | DA | 0.00 | FA |
| 4. checking acct. - Citibank and Bank of America | 200.00 | 0.00 | DA | 0.00 | FA |
| 5. checking acct. - TCF Bank | 25.00 | 0.00 | DA | 0.00 | FA |
| 6. household goods | 750.00 | 750.00 | DA | 0.00 | FA |
| 7. wearing apparel | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 8. life insurance on debtor and spouse | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. qualified 401(k) - Oppenheimer | 8,000.00 | 8,000.00 | DA | 0.00 | FA |
| 10. stock - American Star Lines, Inc. 50% int. | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. stock - W&K Express Inc. 50% int. | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. stock - W&K Express Lines, Inc. - 50% int. | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. 2005 Mercedes ML 320 | 5,500.00 | 700.00 | DA | 0.00 | FA |
| 14. 2006 Dodge Ram pickup truck | 17,500.00 | 17,500.00 | DA | 0.00 | FA |
| 15. 2008 Cadillac Escalade automobile | 18,000.00 | 18,000.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $976,025.00 | $96,400.00 | | $25,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/15/12    Current Projected Date of Final Report (TFR): 09/15/12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 11-37872 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | KACZMAREK, ALFRED E | | Bank Name: | Congressional Bank |
| | KACZMAREK, IWONA M | | Account Number / CD #: | *******6773 Checking Account |
| Taxpayer ID No: | *******0502 | | | |
| For Period Ending: | 10/06/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/22/12 | 2 | First Merit Bank | | 1110-000 | 25,000.00 | | 25,000.00 |
| 05/22/12 | 001001 | REMAX GREAT AMERICAN | payment of real estate broker fees | 3510-000 | | 5,000.00 | 20,000.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 25,000.00 | 5,000.00 | 20,000.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 25,000.00 | 5,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 25,000.00 | 5,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6773 | 25,000.00 | 5,000.00 | 20,000.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 25,000.00 | 5,000.00 | 20,000.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  25,000.00  5,000.00

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 06, 2012 |
|---|---|---|---|---|---|---|

Case Number: 11-37872  
Debtor Name: KACZMAREK, ALFRED E

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000002<br>070<br>7100-00 | Atlas Acquisitions LLC<br>assignee of HSBC Bank Nevada<br>NA-Best Buy<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $1,696.24 | $0.00 | $1,696.24 |
| 000003<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $17,114.14 | $0.00 | $17,114.14 |
| 000004<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $3,347.22 | $0.00 | $3,347.22 |
| 000005<br>070<br>7100-00 | Navistar Financial Corporation<br>425 N. Martingale Road, Suite 1800<br>Schaumburg, IL 60173 | Unsecured | | $525,937.99 | $0.00 | $525,937.99 |
| 000006<br>070<br>7100-00 | Capital Recovery IV LLC<br>c/o Recovery Management Systems<br>Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $1,309.89 | $0.00 | $1,309.89 |
| 000007<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $10,756.09 | $0.00 | $10,756.09 |
| 000008<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $10,167.03 | $0.00 | $10,167.03 |
| 000009<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>successor to Bank of America, N.A.<br>(USA)<br>and MBNA America Bank, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $21,251.42 | $0.00 | $21,251.42 |
| 000010<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>successor to Bank of America, N.A.<br>(USA)<br>and MBNA America Bank, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $11,569.18 | $0.00 | $11,569.18 |
| 000011<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>successor to Bank of America, N.A.<br>(USA)<br>and MBNA America Bank, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $24,162.72 | $0.00 | $24,162.72 |

Page 2

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Date: October 06, 2012

Case Number: 11-37872
Debtor Name: KACZMAREK, ALFRED E

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000012 070 7100-00 | PYOD, LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | $3,586.82 | $0.00 | $3,586.82 |
| 000013 070 7100-00 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $218.16 | $0.00 | $218.16 |
| 000014 070 7100-00 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $25,233.36 | $0.00 | $25,233.36 |
| 000015 070 7100-00 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $491.53 | $0.00 | $491.53 |
| 000016 070 7100-00 | PYOD, LLC its successors and assigns as assignee of B-Line, LLC Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | $84,191.56 | $0.00 | $84,191.56 |
| 000017 070 7100-00 | American Heartland Bank and Trust 799 Heartland Dr. Sugar Grove, IL 60554 | Unsecured | | $372,593.23 | $0.00 | $372,593.23 |
| 000018 070 7100-00 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $77.49 | $0.00 | $77.49 |
| 000001 050 4210-00 | Ally Financial (f/k/a GMAC) P.O. Box 130424 Roseville, MN 55113 | Secured | | $16,176.16 | $0.00 | $16,176.16 |
| | Case Totals: | | | $1,129,880.23 | $0.00 | $1,129,880.23 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-37872
Case Name: KACZMAREK, ALFRED E
   KACZMAREK, IWONA M
Trustee Name: JOSEPH R. VOILAND

Balance on hand     $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $               have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Atlas Acquisitions LLC | $ | $ | $ |
| 000003 | Discover Bank | $ | $ | $ |
| 000004 | Discover Bank | $ | $ | $ |
| 000005 | Navistar Financial Corporation | $ | $ | $ |
| 000006 | Capital Recovery IV LLC | $ | $ | $ |
| 000007 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000008 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000009 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000010 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000011 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000012 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000013 | GE Capital Retail Bank | $ | $ | $ |
| 000014 | American Express Centurion Bank | $ | $ | $ |
| 000015 | GE Capital Retail Bank | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000016 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000017 | American Heartland Bank and Trust | $ | $ | $ |
| 000018 | Capital One, N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE