UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
KACZMAREK, ALFRED E § Case No. 11-37872
KACZMAREK, IWONA M §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/06/2012 in Courtroom 250,
                     United States Courthouse
                     c/o Kane County Courthouse
                     100 S. 3rd St., Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/06/2012                       By: Kenneth S. Gardner
                                                          Clerk of the Bankruptcy Court

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
KACZMAREK, ALFRED E                   §   Case No. 11-37872
KACZMAREK, IWONA M                    §
                                      §
            Debtor(s)                 §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 25,000.00 |
| and approved disbursements of | $ | 5,000.00 |
| leaving a balance on hand of[1] | $ | 20,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 3,250.00 | $ 0.00 | $ 3,250.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 206.63 | $ 0.00 | $ 206.63 |
| Total to be paid for chapter 7 administrative expenses | | | $ 3,456.63 |
| Remaining Balance | | | $ 16,543.37 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,113,704.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Atlas Acquisitions LLC | $ 1,696.24 | $ 0.00 | $ 25.20 |
| 000003 | Discover Bank | $ 17,114.14 | $ 0.00 | $ 254.22 |
| 000004 | Discover Bank | $ 3,347.22 | $ 0.00 | $ 49.72 |
| 000005 | Navistar Financial Corporation | $ 525,937.99 | $ 0.00 | $ 7,812.48 |
| 000006 | Capital Recovery IV LLC | $ 1,309.89 | $ 0.00 | $ 19.46 |
| 000007 | Capital One Bank (USA), N.A. | $ 10,756.09 | $ 0.00 | $ 159.77 |
| 000008 | Capital One Bank (USA), N.A. | $ 10,167.03 | $ 0.00 | $ 151.02 |
| 000009 | FIA CARD SERVICES, N.A. | $ 21,251.42 | $ 0.00 | $ 315.68 |
| 000010 | FIA CARD SERVICES, N.A. | $ 11,569.18 | $ 0.00 | $ 171.85 |
| 000011 | FIA CARD SERVICES, N.A. | $ 24,162.72 | $ 0.00 | $ 358.92 |
| 000012 | PYOD, LLC its successors and assigns as assignee | $ 3,586.82 | $ 0.00 | $ 53.28 |
| 000013 | GE Capital Retail Bank | $ 218.16 | $ 0.00 | $ 3.24 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | American Express Centurion Bank | $ 25,233.36 | $ 0.00 | $ 374.83 |
| 000015 | GE Capital Retail Bank | $ 491.53 | $ 0.00 | $ 7.30 |
| 000016 | PYOD, LLC its successors and assigns as assignee | $ 84,191.56 | $ 0.00 | $ 1,250.61 |
| 000017 | American Heartland Bank and Trust | $ 372,593.23 | $ 0.00 | $ 5,534.64 |
| 000018 | Capital One, N.A. | $ 77.49 | $ 0.00 | $ 1.15 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 16,543.37 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                              Case No. 11-37872-MB
Alfred E Kaczmarek                                                  Chapter 7
Iwona M Kaczmarek
       Debtors
                                   CERTIFICATE OF NOTICE
District/off: 0752-1           User: mmyers                 Page 1 of 3                  Date Rcvd: Oct 29, 2012
                               Form ID: pdf006              Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2012.
db/jdb        +Alfred E Kaczmarek,   Iwona M Kaczmarek,   41W189 Cheryl Court,   Huntley, IL 60142-8085
17807149      +American Express Centurion,   C/O Blitt & Gaines,   661 W Glen Ave.,   Wheeling, IL 60090-6017
19074267       American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19236099      +American Heartland Bank and Trust,   799 Heartland Dr.,   Sugar Grove, IL 60554-9345
17807150      +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
17807147       Attorneys Serving You LLC,   1701 S First Ave Suite 202,   Maywood, IL  60153-2400
17807152      +Bank Of America,   Po Box 15311,   Wilmington, DE 19850-5311
17807153      +Bank Of America, N.a.,   450 American St,   Simi Valley, CA 93065-6285
17807155     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,   Po Box 85520,   Richmond, VA  23285)
17807154     ++COLLECT AMERICA LTD,   4340 S MONACO PKWY,   2ND FL,   DENVER CO 80237-3408
              (address filed with court: Cach, Llc,   370 17th Street, Suite 5000,   Denver, CO  80202)
18910687       Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
                Charlotte, NC  28272-1083
19240576       Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17807156      +Capital One, N.a.,   Po Box 30273,   Salt Lake City, UT 84130-0273
17807157      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
17807158      +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
17807160      +Cole Taylor Bank,   C/O Scott & Krauss LLC,   150 S Wacker # 2900,   Chicago, IL 60606-4206
18995598       FIA CARD SERVICES, N.A.,   successor to Bank of America, N.A. (USA),
                and MBNA America Bank, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
17807165      +Harris N.A.,   111 W Monroe St.,   Chicago, IL 60603-4095
18896042      +J X Enterprises Inc,   care of Michael D Weis,   P O Box 1166,   Northbrook Il 60065-1166
17807166      +JX Enterprises, Ince.,   C/O Michael Weis,   PO Box 1166,   Northbrook, IL 60065-1166
17807145      +Kaczmarek Alfred E,   41W189 Cheryl Court,   Huntley, IL 60142-8085
17807146      +Kaczmarek Iwona M,   41W189 Cheryl Court,   Huntley, IL 60142-8085
17807169      +Mmca/c1,   Po Box 91614,   Mobile, AL 36691-1614
17837766      +TD Auto Finance LLC,   c/o Riezman Berger, P.C.,   7700 Bonhomme, 7th Floor,
                St. Louis, MO 63105-1960
17807171      +Td Auto Finance,   5225 Crooks Rd Ste 140,   Troy, MI 48098-2823
17807172      +Transportation Clearing House, Inc.,   4185 Harrison Blvd. # 202,   Ogden, UT 84403-6400
17807174      +Wells Fargo Business D,   Po Box 29482,   Phoenix, AZ 85038-9482

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17807148      +E-mail/Text: ally@ebn.phinsolutions.com Oct 30 2012 01:09:39     Ally Financial,
                200 Renaissance Ctr,   Detroit, MI 48243-1300
17945776      +E-mail/Text: ally@ebn.phinsolutions.com Oct 30 2012 01:09:39     Ally Financial (f/k/a GMAC),
                P.O. Box 130424,   Roseville, MN 55113-0004
18854718      +E-mail/Text: bnc@atlasacq.com Oct 30 2012 01:10:10     Atlas Acquisitions LLC,
                assignee of HSBC Bank Nevada NA-Best Buy,   294 Union St.,   Hackensack, NJ 07601-4303
17955184      +E-mail/Text: bnc@atlasacq.com Oct 30 2012 01:10:10     Atlas Acquisitions LLC,   294 Union St.,
                Hackensack, NJ 07601-4303
18891445       E-mail/PDF: rmscedi@recoverycorp.com Oct 30 2012 01:55:53     Capital Recovery IV LLC,
                c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
18859516       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 30 2012 01:53:30     Discover Bank,
                DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
17807161      +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 30 2012 01:53:30     Discover Fin Svcs Llc,
                Po Box 15316,   Wilmington, DE 19850-5316
17807162      +E-mail/Text: BKNOTICES@EAFLLC.COM Oct 30 2012 01:10:29     Eaf Llc,   1120 West  Lake Co Suite B,
                Buffalo Grove, IL 60089-1970
19069254       E-mail/PDF: rmscedi@recoverycorp.com Oct 30 2012 01:57:45     GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
17807163      +E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2012 01:54:33     Gemb/sams Club,   Po Box 981400,
                El Paso, TX 79998-1400
17807164      +E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2012 01:54:29     Gemb/tjx,   4125 Windward Plaza,
                Alpharetta, GA 30005-8738
17807167      +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 30 2012 01:04:17     Kohls/capone,
                N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
17807168      +E-mail/Text: resurgentbknotifications@resurgent.com Oct 30 2012 01:02:48     Lvnv Funding Llc,
                Po Box 740281,   Houston, TX 77274-0281
17913459      +E-mail/Text: EBN.Navistar@navistar.com Oct 30 2012 01:11:57     Navistar Financial Corporation,
                425 N. Martingale Road, Suite 1800,   Schaumburg, IL 60173-2216
17807170      +E-mail/Text: bankrup@nicor.com Oct 30 2012 01:03:41     Nicor Gas,   1844 Ferry Road,
                Naperville, IL 60563-9600
18997078       E-mail/Text: resurgentbknotifications@resurgent.com Oct 30 2012 01:02:48
                PYOD, LLC its successors and assigns as assignee,   of Citibank,   Resurgent Capital Services,
                PO Box 19008,   Greenville, SC 29602-9008
19178843       E-mail/Text: resurgentbknotifications@resurgent.com Oct 30 2012 01:02:48
                PYOD, LLC its successors and assigns as assignee,   of B-Line, LLC,   Resurgent Capital Services,
                PO Box 19008,   Greenville, SC 29602-9008
17807173      +E-mail/Text: robin@shuttlelaw.com Oct 30 2012 01:10:15     UPAC/PFS,   C/O Shuttleworth Law Firm,
                9260 Glenwood,   Overland Park, KS 66212-1365
                                                                                               TOTAL: 18
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mmyers              Page 2 of 3                Date Rcvd: Oct 29, 2012
                               Form ID: pdf006           Total Noticed: 45

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18882706*    +Navistar Financial Corporation,   425 N. Martingale Road, Suite 1800,   Schaumburg, IL 60173-2216
17807151     ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
17807159     ##+Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
                                                                              TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 31, 2012**              **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: mmyers              Page 3 of 3              Date Rcvd: Oct 29, 2012
                              Form ID: pdf006           Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2012 at the address(es) listed below:

        Jeffrey S Harris    on behalf of Debtor Alfred Kaczmarek chicagolawyer@aol.com, help@windycitylawyer.com;chicagobklawyer@gmail.com
        Joseph  Voiland    jrvoiland@sbcglobal.net,  jvoiland@ecf.epiqsystems.com
        Kathryn A Klein    on behalf of Creditor  TD Auto Finance LLC  f/k/a Chrysler Financial Services Americas, L.L.C. iln@riezmanberger.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 4