UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
KACZMAREK, ALFRED E § Case No. 11-37872
KACZMAREK, IWONA M §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/JOSEPH R. VOILAND_____
                                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | ALLY FINANCIAL (F/K/A GMAC) |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| AMERICAN, REMAX GREAT | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000017 | AMERICAN HEARTLAND BANK AND TRUST | | | | | |
| 000002 | ATLAS ACQUISITIONS LLC | | | | | |
| 000008 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000007 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000018 | CAPITAL ONE, N.A. | | | | | |
| 000006 | CAPITAL RECOVERY IV LLC | | | | | |
| 000004 | DISCOVER BANK | | | | | |
| 000003 | DISCOVER BANK | | | | | |
| 000011 | FIA CARD SERVICES, N.A. | | | | | |
| 000010 | FIA CARD SERVICES, N.A. | | | | | |
| 000009 | FIA CARD SERVICES, N.A. | | | | | |
| 000015 | GE CAPITAL RETAIL BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | GE CAPITAL RETAIL BANK | | | | | |
| 000005 | NAVISTAR FINANCIAL CORPORATION | | | | | |
| 000016 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000012 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-37872 | RG | Judge: MANUEL BARBOSA | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|---|---|
| Case Name: | KACZMAREK, ALFRED E | | | | Date Filed (f) or Converted (c): | 09/18/11 (f) |
| | KACZMAREK, IWONA M | | | | 341(a) Meeting Date: | 10/12/11 |
| For Period Ending: | 10/06/12 | | | | Claims Bar Date: | 07/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2314 & 2314 1/2 River Rd., River Grove, IL | 600,000.00 | 0.00 | DA | 0.00 | FA |
| 2. 41W189 Cherry Court, Huntley, IL | 325,000.00 | 50,400.00 | | 25,000.00 | FA |
| 3. Cash | 50.00 | 50.00 | DA | 0.00 | FA |
| 4. checking acct. - Citibank and Bank of America | 200.00 | 0.00 | DA | 0.00 | FA |
| 5. checking acct. - TCF Bank | 25.00 | 0.00 | DA | 0.00 | FA |
| 6. household goods | 750.00 | 750.00 | DA | 0.00 | FA |
| 7. wearing apparel | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 8. life insurance on debtor and spouse | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. qualified 401(k) - Oppenheimer | 8,000.00 | 8,000.00 | DA | 0.00 | FA |
| 10. stock - American Star Lines, Inc. 50% int. | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. stock - W&K Express Inc. 50% int. | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. stock - W&K Express Lines, Inc. - 50% int. | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. 2005 Mercedes ML 320 | 5,500.00 | 700.00 | DA | 0.00 | FA |
| 14. 2006 Dodge Ram pickup truck | 17,500.00 | 17,500.00 | DA | 0.00 | FA |
| 15. 2008 Cadillac Escalade automobile | 18,000.00 | 18,000.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $976,025.00 | $96,400.00 | | $25,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/15/12    Current Projected Date of Final Report (TFR): 09/15/12

LFORM1    Ver: 16.05c

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-37872 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- | --- |
| Case Name: | KACZMAREK, ALFRED E | | Bank Name: | Congressional Bank |
| | KACZMAREK, IWONA M | | Account Number / CD #: | *******6773 Checking Account |
| Taxpayer ID No: | *******0502 | | | |
| For Period Ending: | 12/31/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/22/12 | 2 | First Merit Bank | | 1110-000 | 25,000.00 | | 25,000.00 |
| 05/22/12 | 001001 | REMAX GREAT AMERICAN | payment of real estate broker fees | 3510-000 | | 5,000.00 | 20,000.00 |
| 12/06/12 | 001002 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2100-000 | | 3,250.00 | 16,750.00 |
| 12/06/12 | 001003 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2200-000 | | 206.63 | 16,543.37 |
| 12/06/12 | 001004 | Atlas Acquisitions LLC<br>assignee of HSBC Bank Nevada NA-Best Buy<br>294 Union St.<br>Hackensack, NJ 07601 | | 7100-000 | | 25.20 | 16,518.17 |
| 12/06/12 | 001005 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | | 7100-000 | | 254.22 | 16,263.95 |
| 12/06/12 | 001006 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | | 7100-000 | | 49.72 | 16,214.23 |
| 12/06/12 | 001007 | Navistar Financial Corporation<br>425 N. Martingale Road, Suite 1800<br>Schaumburg, IL 60173 | | 7100-000 | | 7,812.48 | 8,401.75 |
| 12/06/12 | 001008 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | | 7100-000 | | 19.46 | 8,382.29 |
| 12/06/12 | 001009 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent | | 7100-000 | | 159.77 | 8,222.52 |

Page Subtotals      25,000.00      16,777.48

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-37872 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | KACZMAREK, ALFRED E | Bank Name: | Congressional Bank |
| | KACZMAREK, IWONA M | Account Number / CD #: | *******6773 Checking Account |
| Taxpayer ID No: | *******0502 | | |
| For Period Ending: | 12/31/12 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/06/12 | 001010 | PO Box 71083<br>Charlotte, NC 28272-1083<br>Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | | 7100-000 | | 151.02 | 8,071.50 |
| 12/06/12 | 001011 | FIA CARD SERVICES, N.A.<br>successor to Bank of America, N.A. (USA)<br>and MBNA America Bank, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | | 7100-000 | | 315.68 | 7,755.82 |
| 12/06/12 | 001012 | FIA CARD SERVICES, N.A.<br>successor to Bank of America, N.A. (USA)<br>and MBNA America Bank, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | | 7100-000 | | 171.85 | 7,583.97 |
| 12/06/12 | 001013 | FIA CARD SERVICES, N.A.<br>successor to Bank of America, N.A. (USA)<br>and MBNA America Bank, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | | 7100-000 | | 358.92 | 7,225.05 |
| 12/06/12 | 001014 | PYOD, LLC its successors and assigns as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | | 7100-000 | | 53.28 | 7,171.77 |
| 12/06/12 | 001015 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | | 7100-000 | | 3.24 | 7,168.53 |

Page Subtotals 0.00 1,053.99

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-37872 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | KACZMAREK, ALFRED E | | Bank Name: | Congressional Bank |
| | KACZMAREK, IWONA M | | Account Number / CD #: | *******6773 Checking Account |
| Taxpayer ID No: | *******0502 | | | |
| For Period Ending: | 12/31/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/06/12 | 001016 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | | 7100-000 | | 374.83 | 6,793.70 |
| 12/06/12 | 001017 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | | 7100-000 | | 7.30 | 6,786.40 |
| 12/06/12 | 001018 | PYOD, LLC its successors and assigns as assignee<br>of B-Line, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | | 7100-000 | | 1,250.61 | 5,535.79 |
| 12/06/12 | 001019 | American Heartland Bank and Trust<br>799 Heartland Dr.<br>Sugar Grove, IL 60554 | | 7100-000 | | 5,534.64 | 1.15 |
| 12/06/12 | 001020 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | | 7100-000 | | 1.15 | 0.00 |

Page Subtotals    0.00    7,168.53

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 11-37872 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | KACZMAREK, ALFRED E | | Bank Name: | Congressional Bank |
| | KACZMAREK, IWONA M | | Account Number / CD #: | *******6773  Checking Account |
| Taxpayer ID No: | *******0502 | | | |
| For Period Ending: | 12/31/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 25,000.00 | 25,000.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 25,000.00 | 25,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 25,000.00 | 25,000.00 | |
| | | | | | | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | Checking Account - *******6773 | | 25,000.00 | 25,000.00 | 0.00 |
| | | | | | ----------------------- | ----------------------- | ----------------------- |
| | | | | | 25,000.00 | 25,000.00 | 0.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 16.05c